UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 1:01-CR-228-CAP |
| JERRY PUGH, | |
| Defendant. | |

O R D E R

On this 24th day of March, 2010, came the attorney for the government and the defendant appeared in person and with counsel, Derek Wright.

A probation officer of this court having moved the court to revoke the supervised release heretofore granted the defendant on October 4, 2002, for the period of (3) three years. The defendant having admitted in part that he violated the terms and conditions of his supervised release, and the court having found that the defendant did violate his conditions of supervised release, it is,

ORDERED BY THE COURT that the supervised release be revoked, and IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to the custody of the Bureau of Prisons for a period of six (6) months on counts one and two to run concurrent, with no supervised release to follow. This sentence shall run consecutive the sentence the defendant if now serving in South Carolina. The court recommends that the defendant be

incarcerated in or near Atlanta, Georgia.  The defendant is remanded to the custody of the  United States Marshal.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

SO ORDERED, this 25th  day of March, 2010.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge